UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14204-CIV-CANNON/Maynard

**JOSEPH SAXON**,

    Plaintiff,

v.

**KILOLO KIJAKAZI**,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation regarding Plaintiff's Consent Motion and Petition for Attorney's Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) ("Motion for Attorney's Fees") [ECF No. 23].

On May 12, 2021, the Court referred this case to Magistrate Judge Shaniek M. Maynard for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matter [ECF No. 2]. On March 15, 2022, Plaintiff filed a Motion for Attorney's Fees [ECF No. 23]. On March 16, 2022, Judge Maynard issued a Report recommending that Plaintiff's Motion for Attorneys' Fees be granted [ECF No. 24 p. 6].

The Report and Recommendation states that the parties shall file any objections within fourteen days of the date of service of a copy of the Report and Recommendation [ECF No. 24 p. 6]. To date, neither party has filed an objection, and the time to do so has expired.

CASE NO. 21-14204-CIV-CANNON/Maynard

The Court has reviewed the record in this case and is otherwise fully advised in the premises. Upon review, the Court finds the Report and Recommendation to be well reasoned and correct. The Court therefore agrees with the analysis in the Report and Recommendation and concludes that Plaintiff's Motion for Attorneys' Fees should be **GRANTED** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 24] is **ADOPTED**.
2. Plaintiff's Motion for Attorney's Fees [ECF No. 23] is **GRANTED**.
3. Plaintiff is awarded $6,526.20 in attorney fees and $402.00 in reimbursable expenses to be paid to Plaintiff and sent to Plaintiff's counsel's office after the Commissioner determines if Plaintiff owes any federal debt.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 5th day of April 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record